Catherine M. Clayton
**GIBBONS P.C.**
One Pennsylvania Plaza
New York, New York 10019
(212) 643.2071

*Attorneys for Plaintiff,*
*Cohen & Steers Capital*
*Management, Inc.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COHEN & STEERS CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD LEDERER, <br><br> Defendant. | Civil Action No. _____ <br><br> 07 CV 7602 |

**COHEN & STEERS CAPITAL MANAGEMENT, INC.'S**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Cohen & Steers Capital Management, Inc. ("Cohen & Steers") certifies that Cohen & Steers is a non-governmental corporate entity. Cohen & Steers' parent company, Cohen & Steers, Inc., is a publicly traded company listed on the New York Stock Exchange under the designation "CNS." No other publicly held corporation owns 10% or more of

the stock of Cohen & Steers or Cohen & Steers, Inc.

Dated: New York, New York
      August 27, 2007

Respectfully submitted,

GIBBONS P.C.

By: _____
Catherine M. Clayton (CC5575)
GIBBONS P.C.
One Pennsylvania Plaza
37TH Floor
New York, NY  10119
Tel:  212.613.2071
*Attorneys for Plaintiff,*
*Cohen & Steers Capital Management, Inc.*