**GIBBONS P.C.**
One Pennsylvania Plaza
New York, New York 10019
(212) 643.2071

*Attorneys for Plaintiff,*
*Cohen & Steers Capital*
*Management, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COHEN & STEERS CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONALD LEDERER, <br><br> Defendant. | NOTICE OF DISMISSAL WITHOUT PREJUDICE <br><br> 2007 CIV. 7602 (WHP) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cohen & Steers Capital Management, Inc. hereby dismisses the captioned action without prejudice. Defendant Donald Lederer has not appeared in the action, and the parties amicably have resolved the matters in dispute.

Dated: New York, New York
October 12, 2007

Respectfully submitted,

**GIBBONS P.C.**

By: _____s/s Anthony P. Callaghan_____
    Anthony P. Callaghan (AC2815)
    Catherine M. Clayton (CC5575)
    GIBBONS P.C.
    One Pennsylvania Plaza
    37TH Floor
    New York, NY 10119
    Tel: 212.613.2071
    *Attorneys for Plaintiff,*
    *Cohen & Steers Capital Management, Inc.*