```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
COHEN & STEERS CAPITAL
MANAGEMENT, INC.,                                :

                Plaintiff,         :      07 Civ. 7602 (WHP)

    -against-                             :      ORDER

DONALD LEDERER,                                  :

                Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: December 13, 2007
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of record:*

Catherine Marie Clayton, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
(212) 613-2071
*Counsel for Plaintiff*